IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| Angela Pickard, Individually and as Executor of the Estate of Archie Pickard, deceased, Dustin Pickard, Wendy Elmore, Joni Thompson and Wayne Pickard,<br>　　　　*Plaintiffs* | § § § § § § | Civil Action No. 5:20-CV-01448 |
| v. | § § | JUDGE DAVID JOSEPH |
| Amazon.com, Inc.; Amazon.com, LLC; Amazon.com Services LLC; Amazon.com Services LLC formerly known as Amazon.com Services, Inc.; Amazon.com Services, Inc.; Amazon.com Services, Inc. formerly known as Amazon Fulfillment Services, Inc.; Amazon Fulfillment Services, Inc.; and Amazon.com Sales, Inc.,<br>　　　　*Defendants* | § § § § § § § § § § | TRIAL BY JURY REQUESTED |

### PLAINTIFFS' RESPONSE TO AMAZON'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Angela Pickard, Individually and as Executor of the Estate of Archie Pickard, deceased, Dustin Pickard, Wendy Elmore, Joni Thompson and Wayne Pickard, file this Response to Amazon's Motion for Summary Judgment. *See* Doc. #109. In support of this Response, Plaintiffs submit a Memorandum In Support Plaintiffs' Response to Amazon's Motion for Summary Judgment, Exhibits, and Response to Statement of Material Facts Not in Dispute.

Respectfully submitted,

| | |
|---|---|
| MITHOFF LAW | CHARLES E. TABOR<br>ATTORNEY AT LAW, LLC |
| /s/ Janie L. Jordan<br>RICHARD WARREN MITHOFF<br>Admitted Pro Hac Vice<br>Texas State Bar No. 14228500<br>rmithoff@mithofflaw.com<br>JANIE L. JORDAN<br>Admitted Pro Hac Vice<br>Texas State Bar No. 11012700<br>jjordan@mithofflaw.com<br>Penthouse, One Allen Center<br>500 Dallas, Suite 3450<br>Houston, Texas 77002<br>Tel: (713) 654-1122 / Fax: (713) 739-8085 | /s/ Charles E. Tabor<br>CHARLES E. TABOR<br>LA Bar Roll No. 31984<br>Charles@charlestaborlaw.com<br>670 Albemarle Dr. Set 301<br>Shreveport, LA 71106<br>Tel: (318) 963-0953 / Fax: (318) 582-1245<br><br>BECK REDDEN LLP<br><br>/s/ Nicholas M. Bruno<br>NICHOLAS M. BRUNO<br>Admitted Pro Hac Vice<br>Texas State Bar No. 24097432<br>nbruno@beckredden.com<br>1221 McKinney, Suite 4500<br>Houston, Texas 77010-2010<br>Telephone: (713) 951-3700<br>Facsimile: (713) 951-3720 |

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record through the Court's CM/ECF filing system on September 23, 2024.

/s/ Nicholas M. Bruno
NICHOLAS M. BRUNO